IN THE SUPREME COURT OF THE STATE OF NEVADA

CHOLOE GREEN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE CRISTINA
D. SILVA, DISTRICT JUDGE; AND
THE HONORABLE JASMIN D. LILLY-
SPELLS, DISTRICT JUDGE,
Respondents,
and
FRANK J. DELEE, M.D.; FRANK J.
DELEE, P.C.; SUNRISE HOSPITAL
AND MEDICAL CENTER, LLC; ALI
KIA, M.D.; AND NEVADA
HOSPITALIST GROUP, LLP,
Real Parties in Interest.

No. 82357



FILED

MAR 0 9 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges district court orders granting partial summary judgment and denying leave to amend a complaint in a tort action. Having considered the petition and supporting documents, we are not convinced that petitioner has met her burden of demonstrating that our extraordinary intervention is warranted. *See Walker v. Second Judicial Dist. Court*, 136 Nev., Adv. Op. 80, 476 P.3d 1194, 1196-97 (2020) (refusing to substitute this court's judgment for that of the district court absent a manifest abuse of discretion); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (observing that "the issuance of a writ of mandamus or

21-06869

prohibition is purely discretionary with this court"). Generally, we will not consider writ petitions challenging orders granting partial summary judgment, and we are not persuaded that any exception to the general rule applies here. *Renown Reg'l. Med. Ctr. v. Second Judicial Dist. Court*, 130 Nev. 824, 828, 335 P.3d 199, 202 (2014). And this court will not grant writ relief to substitute its judgment for that of the district court when the challenged decision does not constitute a manifest abuse of discretion. *See Walker*, 136 Nev., Adv. Op. 80, 476 P.3d at 1196-97 (explaining that, "[w]here a district court is entrusted with discretion on an[ ] issue," this court will issue a writ of mandamus "only where the lower court has *manifestly* abused [its] discretion or acted arbitrarily or capriciously"). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Cristina D. Silva, District Judge
Hon. Jasmin D. Lilly-Spells, District Judge
Law Office of Daniel Marks
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Collinson, Daehnke, Inlow & Greco
Hall Prangle & Schoonveld, LLC/Las Vegas
Eighth District Court Clerk